**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.   18-cv-01667-RM-KMT

AARON GOODMAN,

      Plaintiff,

v.

ASSET ACCEPTANCE LLC and
ENCORE CAPITAL GROUP, INC.,

      Defendants.

---

**FINAL JUDGMENT**

---

      In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

      Pursuant to the Order (Doc. 66) by Judge Raymond P. Moore entered on December 20, 2019, it is

      ORDERED that summary judgment is entered in favor of Defendants Asset Acceptance LLC and Encore Capital Group, Inc., and against Plaintiff, Aaron Goodman. It is

      FURTHER ORDERED that Defendants are awarded costs and shall, within 14 days of this date, file a bill of costs, in accordance with the procedures under Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1, which shall be taxed by the Clerk of the Court.   It is

FURTHER ORDERED that this case is closed.

Dated this 20th day of December, 2019.

FOR THE COURT:
JEFFREY P. COLWELL

By: ___s/C. Pearson_____
        C. Pearson, Deputy Clerk